IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON DEVELOPMENTS, LLC, | |
|     Plaintiff, | Case No. 11-cv-04471 HRL |
| v. | |
| BRYNEE K. BAYLOR, et al., | **SUA SPONTE ORDER REGARDING WHETHER CASES ARE RELATED** |
|     Defendants. | |

---

| | |
|---|---|
| KUMAN BANQUE, LLC, | Case No. 11-cv-04472 NC |
|     Plaintiff, | |
| v. | |
| BRYNEE K. BAYLOR, et al., | |
|     Defendants. | |

---

    In accordance with Civil Local Rule 3-12(c), Magistrate Judge Cousins believes that this case is related to case number 11-cv-04471 HRL, assigned to Magistrate Judge Howard R. Lloyd. Judge Lloyd is requested to consider whether the cases are related. The parties must file any response in opposition to or support of relating the cases by January 10, 2012.

The Case Management Conference scheduled for January 4, 2012 in case 11-cv-04472 NC is hereby CONTINUED to February 8, 2012 at 10:00 a.m., in Courtroom A, 15th Floor, San Francisco.

IT IS SO ORDERED.

DATED: January 3, 2012

NATHANAEL COUSINS
United States Magistrate Judge

2